IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SUNIL SUNIL                              :   CIVIL ACTION
                                         :
                     v.                  :   NO.  26-4976
                                         :
WARDEN, Philadelphia Federal             :
Detention Center, *et al.*               :

## ORDER

AND NOW, this 29th day of July 2026, upon considering the respondents' certification

of compliance (DI 6) of our July 20, 2026 order (DI 5), it is ORDERED the Clerk of Court shall

close this case.

_____
MURPHY, J.